AO 466 (Rev. 10/03) Waiver of Rule 32.1 Hearings

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

UNITED STATES OF AMERICA

V.

Rafael Andino
Defendant

## WAIVER OF RULE 32.1 HEARINGS
(Probation/Supervised Release Violation)

CASE NUMBER: 1:07MJ70M

CHARGING DISTRICTS CASE NUMBER: CR00-445 LAK

I understand that charges are pending in the Southern District of New York alleging violation of Probation (Probation / Supervised Release) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

**(1)** **retain counsel or request the assignment of counsel if I am unable to retain counsel;**

**(2)** **an identity hearing to determine whether I am the person named in the charges;**

**(3)** **a preliminary hearing (but only if I will be kept in custody, and the hearing will only be held in this district if the alleged violation occurred here) to determine whether there is probable cause to believe a violation occurred; and**

**(4)** **a hearing under Rule 32.1(a)(6), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release from custody.**

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( ✓ ) **identity hearing**

(   ) **preliminary hearing**

(   ) **identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.**

Rafael Andino
*Defendant*

7-11-07
*Date*

Mary S. McElroy
*Defense Counsel*