UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 1:07-M-70M |
| | ) | |
| RAFAEL ANDINO | ) | |

ORDER OF REMOVAL

______This matter was heard on July 11, 2007, before Magistrate Judge David L. Martin, on a removal hearing held pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, to determine whether the defendant, Rafael Andino, should be removed to the Southern District of New York to answer a violation of supervised release filed against him in that District. The Defendant, being represented by counsel and having waived his right to an identity hearing, is hereby:

ORDERED, ADJUDGED, AND DECREED

removed forthwith, in the custody of the United States Marshals Service, to the Southern District of New York.

Enter:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
July 12, 2007